■ In the Matter of the COUNTY OF NASSAU, Respondent, Relative to Acquiring Title to Real Property for Public Mass Transportation Facilities North of the Long Island Railroad between Nassau Street and Banks Avenue, Rockville Centre, in the Town of Hempstead. BEE LINES, INC., et al., Respondents; PLACKARDS, INC., Appellant. In the Matter of the COUNTY OF NASSAU, Relative to Acquiring Title to Real Property for Public Mass Transportation Facilities South of Chestnut Street and West of Oak Street, in the Vicinity of Uniondale, in the Town of Hempstead. H. B. LAND CORPORATION et al., Respondents; PLACKARDS, INC., Appellant.—In consolidated condemnation proceedings brought by the County of Nassau against various private bus companies, in which all of the latter's assets other than realty were acquired by the county for public use, claimant Plackards, Inc., appeals from an order and judgment (one paper) of the Supreme Court, Nassau County, dated December 12, 1977, which, after a hearing, *inter alia,* determined that its contracts with the several bus companies, under which it had the exclusive right to display and maintain advertising in the buses, were not compensable interests in the condemned property. Order and judgment affirmed, with costs to petitioner. We agree with Special Term that these service contracts were extinguished when title to the property of the bus companies passed to the county and that the "frustrated" agreements had been dissolved by lawful governmental acts, an "unintended incident" of the actual taking (see *Widen Co. v United States,* 357 F2d 988). Such contract rights did not confer upon appellant any property interest in the buses themselves. Hopkins, J. P., Latham, Gulotta and O'Connor, JJ., concur.